# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION (JACKSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. No. 17-cr-10105-STA |
| v. | |
| SAUL VEGA-FLORES, | |
| Defendant. | |

## ORDER GRANTING MOTION TO SET CHANGE OF PLEA HEARING AND NOTICE OF SETTING

IT APPEARING TO THIS COURT upon the filed motion of the Defendant, for good cause shown, that this motion is well taken and is therefore, GRANTED.

The matter is hereby set for a Change of Plea Hearing on **Monday, August 19, 2019 at 1:30 p.m.**

It is so **ORDERED**, this the 30th day of July, 2019.

s/S. Thomas Anderson
S/HONORABLE S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE