# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION (JACKSON)

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR. No. 17-cr-10105-STA |
| v. | |
| SAUL VEGA-FLORES, | |
| Defendant. | |

## ORDER GRANTING MOTION TO RESET CHANGE OF PLEA HEARING AND NOTICE OF RESETTING

IT APPEARING TO THIS COURT upon the filed motion of the Defendant, for good cause shown, that this motion is well taken and is therefore, GRANTED.

The matter is hereby reset for **Friday, August 23, 2019 at 11:00a.m.**

It is so **ORDERED**, this the 15th day of August, 2019.

                              s/S. Thomas Anderson
                              HONORABLE S. THOMAS ANDERSON
                              CHIEF U.S. DISTRICT JUDGE